BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4077

FILED

JAN 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   1:12-CR-000021 AWI DLB
                                    )
                Plaintiff,          )   ORDER TO UNSEAL INDICTMENT AND
                                    )   WARRANT OF ARREST
        v.                          )
                                    )
                                    )
MICHAEL DEON JOHNSON,               )
                                    )
                                    )
                DEFENDANTS.         )

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. On January 26, 2012, the indictment and warrant of arrest were sealed as to Michael Deon Johnson. It appears that the indictment and warrant of arrest no longer need remain secret for the defendant, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record for Michael Deon Johnson.

Dated: January 27, 2012

_____
U.S. Magistrate Judge

1